

FILED
AUG 28 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**UNITED STATES PROBATION OFFICE**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | Plaintiff(s) | CR14-00577-DSF |
| vs. | | 1:15-MJ-00125 SKO |
| JOSHUA FERDMAN | Defendant(s) | **WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   JOSHUA FERDMAN

and bring him/her forthwith to the nearest Magistrate Judge to answer to a(n):  ☐ Complaint   ☐ Indictment
☐ Information   ☐ Order of Court   ☒ Violation Petition   ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title 18   United States Code, Section(s) 3583(e)(3)

| Terry Nafisi | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | 10/21/2014 Los Angeles, California |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Sharon Hall Brown | Dale S. Fischer |
| SIGNATURE OF DEPUTY CLERK | BY: NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (01/04)                                                                                      PAGE 1 of 3

PROB 12
(Rev. 11/04)

# United States District Court

for
CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. JOSHUA FERDMAN          Docket No. CR14-00577-DSF

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of JOSHUA FERDMAN who was placed on supervision by the Honorable JAMES O. BROWNING sitting in the Court at Albuquerque, New Mexico, on the 16th day of August, 2013 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order. Jurisdiction was transferred to the Central District of California on September 30, 2014.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### (SEE ATTACHED)

PRAYING THAT THE COURT WILL ORDER the issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Joshua Ferdman before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge. |
|---|---|
| Considered and ordered this 21st day of Oct, 2014 and ordered filed and made a part of the records in the above case. | Executed on October 20, 2014 |
| *Dale S. Fischer* (signature) | *signature* |
| United States District Judge<br>DALE S. FISCHER | ISAIAH MORO<br>U. S. Probation Officer<br>Place: Woodland Hills, California |

U.S.A. VS. JOSHUA FERDMAN
DOCKET NO. CR14-00577-DSF

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court to complete a program at a residential re-entry center approved by the Probation Officer for a period of six months, following successful completion of an inpatient substance abuse treatment program, on September 4, 2014, Joshua Ferdman was terminated from the Beit T'Shuvah Residential Treatment Program (sober living component) and failed to complete the program, due to violations of the program's rules and regulations.

2. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before September 3, 2014, Joshua Ferdman used heroin, as evidenced by the offender's written admission of use of that substance.

3. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before September 8, 2014, Joshua Ferdman used opiates (heroin), as evidenced by initial laboratory analysis of his urine sample, and the offender's admission of use of that substance.

4. Having been ordered by the Court not to commit another Federal, state, or local crime, on or about July 22, 2014, Joshua Ferdman committed burglary, a felony violation of Section 459 of the California Penal Code.