AO 94 (Rev. 8/97) Commitment to Another District

**FILED**
AUG 3 1 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of California

UNITED STATES OF AMERICA

v.

JOSHUA FERDMAN

**COMMITMENT TO ANOTHER DISTRICT**

Case No. 1:15-mj-00125 SKO

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR14-00577 DSF | 1:15-mj-00125 SKO | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

[ ] Indictment     [ ] Information     [ ] Complaint     [✓] Other (specify) Violation Notice

**charging a violation of**     U.S.C. §

**DISTRICT OF OFFENSE**     California- CD     DIVISION: Los Angeles, (East Temple St)

**DESCRIPTION OF CHARGES:**
Violation of Supervised Release

**CURRENT BOND STATUS:**
[ ] Bail fixed at _____ and conditions were not met
[✓] Government moved for detention and defendant detained after hearing in District of Arrest
[ ] Government moved for detention and defendant detained pending detention hearing in District of Offense
[ ] Other (specify)

| Representation | [ ] Retained Own Counsel | [✓] Federal Defender Organization | [ ] CJA Attorney | [ ] None |
|---|---|---|---|---|
| Interpreter Required? | [✓] No | [ ] Yes | Language: | |

**DISTRICT OF** CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/31/15
Date

_/s/ Sheila K. Oberto_
United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |